```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

JAMES M. WILLIAMS                        CIVIL ACTION

VERSUS                                   NO: 06-8925

LEXINGTON INSURANCE COMPANY              SECTION: "J" (3)

**ORDER AND REASONS**

Before the Court is Defendant's Motion in Limine to Exclude Plaintiff's Proposed Witness and Exhibits. (Rec. Doc. 18). For the reasons below, Defendant's motion is **DENIED**.

**BACKGROUND**

This case involves a claim for payment under an insurance contract for damage to property suffered during Hurricane Katrina. This Court entered a scheduling order on June 28, 2007, which directed that the parties file witness an exhibit lists into the record no later than December 21, 2007. To date, Plaintiff has not filed a witness or exhibit list. On February 22, 2008, this Court held a final pre-trial conference, and in accordance with FED. R. CIV. P. 16 issued a pre-trial order signed by both parties. (Rec. Doc. 17). That pre-trial order listed three witnesses who will be called by the Plaintiff and a list of exhibits the Plaintiff intends to offer. The pre-trial order was

signed by counsel for both parties at the conference before it was signed by the Court. Defendants now object to the inclusion of one of the witnesses, Dan Onafrey, and "proposed exhibits not yet produced or produced untimely."

## DISCUSSION

Rule 16(d) provides that a pretrial order "controls the course and scope of the action." FED. R. CIV. P. 16(d). Defendant seeks to sanction Plaintiff for his failure to disclose the witness and exhibits prior to the pretrial conference. However, Defendant did not make any objection to the inclusion of the witness or the exhibits in the pretrial order. The Fifth Circuit has held on numerous occasions that a claim or defense not raised in the pretrial order may be deemed waived. *See, e.g. Elvis Presley Enters. v. Capece*, 141 F.3d 188, 206 (5th Cir. 1998).

While Defendant claims that it did not waive its objections, its argument is unpersuasive. Even if Defendant is correct that Defendant's counsel never saw the pretrial order that it signed, the Court discussed both the witnesses Plaintiff seeks to call and the exhibits Plaintiff seeks to introduce at the conference. Defense counsel never raised its objection at this point either. Therefore this Court must find that the objections related to the timeliness of the witness or exhibit disclosure have been waived

because they were not raised in the pre-trial order. Accordingly,

**IT IS ORDERED** that Defendant's Motion in Limine to Exclude Plaintiff's Proposed Witness and Exhibits is **DENIED**.

New Orleans, Louisiana this the 11th day of March, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE